# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 5:16-cr-29-Oc-10PRL**

**Anselmo Felipe**

---

## ORDER

Before the Court is Defendant's unopposed motion to unseal the GPS tracking warrant for his copper Ford F-150 2006 pickup truck.  (Doc. 15).  Although the parties were initially unable to reach an agreement on the relief Defendant seeks, the United States has now responded to the motion and represents that it does not oppose it.  (Doc. 24).  While the United States does not identify the warrant at issue by name, the Court has identified a tracking warrant for a 2006 Copper Ford Truck registered to Defendant ("Subject Vehicle-4" as it is named in the tracking warrant affidavit) in case number 5:16-mj-1020-PRL.  Accordingly, the motion to unseal the warrant (Doc. 15) is **GRANTED** and the clerk is **ORDERED** to unseal the 5:16-mj-1020-PRL tracking warrant for the 2006 Copper Ford Truck, warrant application, and affidavit and then deliver a copy of those documents to Defendant's counsel.

**DONE** and **ORDERED** in Chambers in Ocala, Florida on January 9, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Courtroom Deputy
Counsel of Record
Court Security Officers