UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                             Case No.  5:16-cr-29-Oc-10PRL

ANSELMO FELIPE
_____/

**O R D E R**

This case is before the Court on the Defendant's Motion to Suppress Physical Evidence and Statements (Doc. 13), to which the United States has filed a response in opposition (Doc. 17).  The United States Magistrate Judge held an evidentiary hearing on January 24, 2017 (Doc. 30), and on January 27, 2017 (Doc. 34), issued a Report and Recommendation persuasively recommending that the motion be denied in its entirety.  The Defendant has not filed any objections, and the time to do so has expired.

Accordingly, upon due consideration, including a *de novo* review of the record, it is ORDERED:

(1) The United States Magistrate Judge's Report and Recommendation (Doc. 34) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2) The Defendant's Motion to Suppress Physical Evidence and Statements (Doc. 13) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of February, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Mari Jo Taylor, Courtroom Deputy
             Anselmo Felipe
             Hon. Philip R. Lammens